# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOHN HARRISON,                              :
                                            :     Civil Action No.
              Plaintiff        :     3:03CV0873 (RNC)
v.                                          :
                                            :
VERIZON WIRELESS SERVICES,                  :
LLC.,                                       :
                                            :
             Defendant.       :     NOVEMBER 6, 2003

## VERIZON WIRELESS' MOTION FOR CONTINUANCE OF MOTION TO DISMISS

The defendant, Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), hereby moves for a continuance of oral argument on its motion to dismiss ("Motion to Dismiss"), which is presently scheduled for November 7, 2003. In support of its motion, Verizon Wireless avers as follows:

1.     By way of background, plaintiff John Harrison ("Plaintiff") instituted the above-captioned suit on or about May 13, 2003 in the United States District Court, District of Connecticut, based on the allegation that Verizon Wireless violated the federal Fair Credit Reporting Act ("*FCRA*"), 15 *U.S.C.* § 1681 *et seq.* Plaintiff's complaint further set forth various state law claims including defamation, intentional infliction of emotional distress and purported violations of the Connecticut Unfair Trade Practices Act ("*CUTPA*").

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

2.      On July 10, 2003, Verizon Wireless filed a motion to dismiss ("Motion to Dismiss") Plaintiff's complaint in its entirety pursuant to *Fed. R. Civ. P.* 12(b)(6).

3.      Oral argument on the Motion to Dismiss was originally scheduled for October 21, 2003, but was postponed by the Court, and is currently scheduled to be argued on November 7, 2003.

4.      Verizon Wireless respectfully submits that oral argument on the Motion to Dismiss should be continued to a future date as the parties are currently involved in settlement discussions, which may obviate the need for oral argument.

5.      Accordingly, the granting of a continuance will serve the interests of justice, as well as preserving the Court's time and resources.

6.      Counsel for Plaintiff has no objection to the granting of a continuance of oral argument on the Motion to Dismiss.

7.      This is Verizon Wireless' first motion for a continuance with respect to the oral argument date of its Motion to Dismiss.

WHEREFORE, for all of the foregoing reasons, Verizon Wireless respectfully requests that oral argument on its Motion to Dismiss be continued until a later date.

HFD_126627_1/MSTRNISTE

**THE DEFENDANT
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS**

By_____

Donald E. Frechette
Federal Bar No. ct08930
William E. Murray ct19717
Marni R. Strniste
Federal Bar No. ct24795
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, Connecticut 06103
(860) 525-5065
Telecopy (860) 527-4198

HFD_126627_1/MSTRNISTE

## **CERTIFICATION**

This is to certify that on this 6th day of November, 2003, a copy of the foregoing was mailed, first class, postage prepaid, to:

Daniel S. Blinn
Matthew T. Theriault
Sarah Poriss
Consumer Law Group, LLC
2138 Silas Deane Highway P.O. Box 1039
Rocky Hill, CT 06067-9997

_____
Marni R. Strniste

HFD_126627_1/MSTRNISTE