#34

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HARRISON, | : |
| | : Civil Action No. |
| Plaintiff | : 3:03CV0873 (RNC) |
| v. | : |
| | : |
| VERIZON WIRELESS SERVICES, | : |
| LLC., | : |
| | : |
| Defendant. | : NOVEMBER 6, 2003 |

**VERIZON WIRELESS' MOTION FOR CONTINUANCE OF MOTION TO DISMISS**

The defendant, Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), hereby moves for a continuance of oral argument on its motion to dismiss ("Motion to Dismiss"), which is presently scheduled for November 7, 2003. In support of its motion, Verizon Wireless avers as follows:

1. By way of background, plaintiff John Harrison ("Plaintiff") instituted the above-captioned suit on or about May 13, 2003 in the United States District Court, District of Connecticut, based on the allegation that Verizon Wireless violated the federal Fair Credit Reporting Act ("*FCRA*"), 15 *U.S.C.* § 1681 *et seq.* Plaintiff's complaint further set forth various state law claims including defamation, intentional infliction of emotional distress and purported violations of the Connecticut Unfair Trade Practices Act ("*CUTPA*").

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

GRANTED. Oral argument on the defendant's motion to dismiss shall be held on December 9, 2003 at 9:30 a.m.
SO ORDERED
Donna F. Martinez, U.S.M.J.
11/6/03