FILED

2003 NOV 14 P 12:00

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOHN HARRISON,

        Plaintiff

v.

VERIZON WIRELESS SERVICES, LLC.,

        Defendant.

Civil Action No.
3:03CV0873 (RNC)

NOVEMBER 13, 2003

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 15, Marni R. Strniste, Esq. moves to withdraw her appearance on behalf of the defendant, Cellco Partnership d/b/a Verizon Wireless. In support hereof, the undersigned represents that her last day with the law firm of Edwards & Angell, LLP is November 14, 2003, and that members of Edwards & Angell, LLP continue to appear for said defendant.

By /s/ Marni Strniste

Marni R. Strniste
Federal Bar No. ct24795
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, Connecticut 06103
(860) 525-5065
Telecopy (860) 527-4198

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Withdrawal was mailed, via U.S. mail, first class, postage prepaid on this 13th day of November, 2003 to the following:

Daniel S. Blinn, Esq.
Matthew T. Theriault, Esq.
Sarah Poriss, Esq.
Consumer Law Group, LLC
2138 Silas Deane Highway P.O. Box 1039
Rocky Hill, CT 06067-9997
(860) 571-0408

_____
Marni R. Strniste