## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HARRISON, | : | |
| | : | Civil Action No. |
| Plaintiff | : | 3:03CV0873 (RNC) |
| v. | : | |
| | : | |
| VERIZON WIRELESS SERVICES, LLC., | : | |
| | : | |
| Defendant. | : | NOVEMBER 13, 2003 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 15, Marni R. Strniste, Esq. moves to withdraw her appearance on behalf of the defendant, Cellco Partnership d/b/a Verizon Wireless. In support hereof, the undersigned represents that her last day with the law firm of Edwards & Angell, LLP is November 14, 2003, and that members of Edwards & Angell, LLP continue to appear for said defendant.

By _____
Marni R. Strniste
Federal Bar No. ct24795
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, Connecticut 06103
(860) 525-5065
Telecopy (860) 527-4198

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
November 20, 2003.