UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HARRISON, | : | |
| | : | Civil Action No. |
| Plaintiff | : | 3:03 CV 0873 (RNC) |
| v. | : | |
| | : | |
| VERIZON WIRELESS SERVICES, LLC, | : | |
| | : | |
| Defendant. | : | NOVEMBER 20, 2003 |

## VERIZON'S CONSENTED TO MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), through its undersigned counsel, hereby moves to consolidate with this present action, the actions captioned *John Harrison v. Ford Motor Credit Company*, Civil Action No. 3:03-cv-01291-DJS (the "Ford Action"), and *John Harrison v. Navy Federal Credit Union*, Civil Action No. 3:03-cv-01660-JCH (the "Navy Federal Action"), both of which are also pending before the United States District Court for the District of Connecticut. As is more fully set forth in Verizon's memorandum of law submitted herewith, common issues of fact and law exist between this present action, the Ford Action and the Navy Federal Action such that consolidation is appropriate.

Counsel for Plaintiff and for the defendants in the Ford Action and the Navy Federal Action have consented to the consolidation requested herein.

WHEREFORE, Cellco Partnership d/b/a Verizon Wireless, hereby requests that the Court order that the actions captioned *John Harrison v. Ford Motor Credit Company*, Civil Action No. 3:03-cv-01291-DJS, and *John Harrison v. Navy Federal Credit Union*, Civil Action No. 3:03-cv-

**ORAL ARGUMENT NOT REQUESTED**

- 2 -

01660-JCH, both of which are also pending before the United States District Court for the District of Connecticut, be consolidated with this present action for all purposes.

                **THE DEFENDANT
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS**

By_____
  Donald E. Frechette ct08930
  William E. Murray ct19717
  EDWARDS & ANGELL, LLP
  90 State House Square
  Hartford, Connecticut 06103
  (860) 525-5065
  (860) 527-4198 (Fax)

**CERTIFICATION**

      This is to certify that on this 20th day of November, 2003, a copy of the foregoing was mailed, first class, postage prepaid, to:

Daniel S. Blinn
Matthew T. Theriault
Sarah Poriss
Consumer Law Group, LLC
2138 Silas Deane Highway
P.O. Box 1039
Rocky Hill, CT 06067-9997

David M. Bizar
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

Matthew A. Sokol
Tyler Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

                                                                                 _____
                                                                                  William E. Murray