UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HARRISON, | : | |
| | : | Civil Action No. |
| Plaintiff | : | 3:03 CV 0873 (RNC) |
| v. | : | |
| | : | |
| VERIZON WIRELESS SERVICES, LLC, | : | |
| | : | |
| Defendant. | : | NOVEMBER 24, 2003 |

**CONSENTED TO MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Pursuant to Fed. R. Civ. P. 6(b), L. Civ. R. 9(b) and the Court's August 20, 2003 Order Regarding Case Management Plan (the "Order"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), through its undersigned counsel, hereby moves to extend the deadlines contained in the Order relating to fact and expert discovery by sixty (60) days.

Good cause exists to grant this motion because the parties are presently in the process of scheduling a mediation of this matter before Magistrate Judge Thomas P. Smith. Under the deadlines presently set by the Order, all discovery must be completed by January 30, 2004. Moreover, Verizon must disclose its experts by December 1, 2003 and depose Plaintiff's experts by December 23, 2003. Once Verizon has disclosed its experts, Plaintiff must depose said experts by the discovery deadline of January 30, 2004. As the anticipated mediation may result in settlement, extending the discovery deadlines by sixty days will serve the interests of justice and judicial economy and will allow the parties to fully explore settlement prior to incurring the costs associated with completing fact discovery and taking expert discovery. Additionally, as

this case is presently not scheduled to be ready for trial until May of 2004, extending the discovery deadlines will have little, if any, impact upon the parties' ability to make this case ready for trial in May of 2004.

Good cause also exists for the extension requested herein because, with Plaintiff's consent, Verizon has sought to consolidate with this case, the actions captioned *John Harrison v. Ford Motor Credit Company*, Civil Action No. 3:03-cv-01291-DJS, and *John Harrison v. Navy Federal Credit Union*, Civil Action No. 3:03-cv-01660-JCH, both of which are also pending before the United States District Court for the District of Connecticut. If the Court orders consolidation, it is likely that a revised scheduling order will be necessary to accommodate said consolidation. As this present matter was the first-filed of the three cases sought to be consolidated and, upon information and belief, discovery in the other cases is slightly behind that in this case, Verizon believes consolidation for all purposes will result in a new case management order that will extend the period for discovery.

Verizon has inquired of Plaintiff's counsel, and Plaintiff's counsel has agreed to the extension of time requested in this motion. This is the first motion for extension of time filed by Verizon with respect to the time limitations discussed herein.

WHEREFORE, Cellco Partnership d/b/a Verizon Wireless, hereby requests that the Court extend all deadlines relating to fact and expert discovery by sixty (60) days.

- 3 -

       **THE DEFENDANT**
       **CELLCO PARTNERSHIP d/b/a**
       **VERIZON WIRELESS**

By_____
   Donald E. Frechette ct08930
   William E. Murray ct19717
   EDWARDS & ANGELL, LLP
   90 State House Square
   Hartford, Connecticut 06103
   (860) 525-5065
   (860) 527-4198 (Fax)

## **CERTIFICATION**

  This is to certify that on this 24th day of November, 2003, a copy of the foregoing was mailed, first class, postage prepaid, to:

Daniel S. Blinn
Matthew T. Theriault
Sarah Poriss
Consumer Law Group, LLC
2138 Silas Deane Highway
P.O. Box 1039
Rocky Hill, CT 06067-9997

_____
William E. Murray