UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



FILED

2003 NOV 24 P 2: 45

DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| JOHN HARRISON,<br>    Plaintiff<br>v.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS<br>    Defendant | CASE NUMBER:<br>3:03CV0873(RNC)<br><br>JOINT STATUS<br>REPORT<br><br>November 20, 2003 |

The parties represent the following regarding the status of the above-captioned case:

1. The complaint was filed May 16, 2003. Due to the improper identification of the corporate defendant, Plaintiff filed an Amended Complaint on August 4, 2003, which complaint is the operative pleading.

2. Defendant filed a motion to dismiss on or about July 10, 2003. Argument on this motion was originally scheduled for October 21, 2003, but the Court *sua sponte* rescheduled oral argument for November 7, 2003. On November 6, 2003, Defendant moved for a continuance of its motion to dismiss due to the fact that the parties were in the process of discussing the possibility of settlement. Plaintiff did not object to the continuance. Oral argument on Defendant's motion to dismiss is now scheduled for December 12, 2003.

3. The parties filed their 26(f) Report of Parties' Planning Meeting on July 22, 2003.

4. Plaintiff propounded interrogatories and requests for production upon Defendant on September 24, 2003. Defendant served objections to said discovery requests on October 24, 2003, but Plaintiff granted Defendant an extension of time, up through and including November 24, 2003, to serve substantive answers to said discovery to the extent said discovery was not objectionable.

5. Defendant propounded interrogatories and requests for production upon Plaintiff on October 23, 2003 and served additional requests for production upon Plaintiff on November 17, 2003. Plaintiff is in the process of compiling his responses.

6. Defendant is preparing to move to consolidate this case with two other related matters, *John Harrison v. Ford Motor Credit Company*, U.S. District Court, District of Connecticut, case number 3:03CV1291(DJS) and *John Harrison v. Navy Federal Credit Union*, U.S. District Court, District of Connecticut, case number 3:03CV1660(JCH). The parties here and the parties to those suits have agreed to mediate the disputes. However, a date has not yet been set for the mediation. The parties expect the mediation will go forward by the end of January, 2004.

Respectfully submitted, on this the 20th day of November, 2003.

PLAINTIFF, JOHN HARRISON

BY: _____     Date: 11/20/03
Daniel S. Blinn,   ct02188
dblinn@consumerlawgroup.com
Sarah Poriss,    ct24372
sporiss@consumerlawgroup.com
Consumer Law Group, LLC
2138 Silas Deane Highway   P.O. Box 1039
Rocky Hill, CT  06067-9997
Tel. (860) 571-0408  Fax. (860) 571-7457

CHRISTOPHER E. KITTELL, ct25069
TWIFORD WEBSTER & GRESHAM
144 Sunflower Avenue
Post Office Drawer 760
Clarksdale, Mississippi 38614
Telephone: (662) 624-5408
Facsimile: (662) 627-5530

DEFENDANT, CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS

By: _____    Date: 11/20/03
William E. Murray ct19717
wmurray@ealaw.com
Edwards & Angell
90 State House Square, 9th Floor
Hartford, CT 06103
Tel (860) 541-7713    Fax (860) 527 4198

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Joint Status Report attached, was mailed, via first class mail, postage prepaid, to all counsel and/or parties of record this 20th day of November, 2003, as follows:

Christopher E. Kittell, Esquire
Twiford Webster & Gresham
144 Sunflower Avenue
Post Office Drawer 760
Clarksdale, MS 38614-0760

William E. Murray, Esquire
Edwards & Angell
90 State House Square   9th Floor
Hartford, CT 06103

Sarah Poriss