

WITHDRAWN at the request of the moving party.  SO ORDERED.

Donna F. Martinez, U.S.M.J.
12/9/03

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HARRISON, | : | |
| | : | Civil Action No. |
| Plaintiff | : | 3:03 CV 0873 (RNC) |
| v. | : | |
| | : | |
| VERIZON WIRELESS SERVICES, | : | |
| LLC., | : | |
| | : | |
| Defendant. | : | JULY 10, 2003 |

### DEFENDANT VERIZON WIRELESS' MOTION TO DISMISS

Pursuant to *Fed.R.Civ.P* 12(b)(6), the defendant, Cellco Partnership d/b/a Verizon Wireless ("Defendant"), through its undersigned counsel, hereby moves to dismiss the plaintiff John Harrison's ("Plaintiff") complaint dated May 13, 2003, in its entirety.  In support of its Motion, Defendant submits the accompanying Memorandum of Law.