UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HARRISON, | : | |
| | : | Civil Action No. |
| Plaintiff | : | 3:03CV0873 (RNC) |
| v. | : | |
| | : | |
| VERIZON WIRELESS SERVICES, LLC., | : | |
| | : | |
| Defendant. | : | DECEMBER 8, 2003 |

### VERIZON WIRELESS' MOTION TO WITHDRAW MOTION TO DISMISS, WITHOUT PREJUDICE, PENDING CONSOLIDATION AND MEDIATION

The defendant, Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), through its undersigned counsel, hereby moves to withdraw its motion to dismiss, without prejudice to refile and/or renew said motion. In support of its motion, Verizon Wireless avers as follows:

1.  By way of background, plaintiff John Harrison ("Plaintiff") instituted the above-captioned suit on or about May 13, 2003 in the United States District Court for the District of Connecticut, based on the allegation that Verizon Wireless violated the federal Fair Credit Reporting Act ("*FCRA*"), 15 *U.S.C.* § 1681 *et seq.* Plaintiff's complaint further sets forth various state law claims including defamation, intentional infliction of emotional distress and purported violations of the Connecticut Unfair Trade Practices Act ("*CUTPA*").

2.  On July 10, 2003, Verizon Wireless filed a motion to dismiss ("Motion to Dismiss") Plaintiff's complaint in its entirety pursuant to *Fed. R. Civ. P.* 12(b)(6).

3.  Oral argument on the Motion to Dismiss was originally scheduled for October 21, 2003, but was postponed by the Court and rescheduled for November 7, 2003.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

4. On or about November 6, 2003, Verizon Wireless filed a motion for continuance, requesting that the Court to postpone the oral argument scheduled for November 7, 2003 in order to provide the parties with the opportunity to engage in settlement discussions. The Court granted said motion for continuance.

5. Thereafter, the Court rescheduled oral argument on Verizon's Motion to Dismiss for December 12, 2003.

6. Verizon is presently working with Plaintiff and the defendants in the actions captioned *John Harrison v. Ford Motor Credit Company*, Civil Action No. 3:03-cv-01291-DJS (the "Ford Motor Action"), and *John Harrison v. Navy Federal Credit Union*, Civil Action No. 3:03-cv-01660-JCH (the "Navy Federal Action"), both of which are also pending before the United States District Court for the District of Connecticut, to transfer and consolidate said actions with this present action and to schedule a global mediation of this action, the Ford Motor Action and the Navy Federal Action.

7. The defendant in the Ford Action filed a motion to dismiss that raises legal issues virtually identical to those raised by Verizon Wireless in its Motion to Dismiss. Upon information and belief, the defendant in the Navy Federal Action has not yet filed a similar motion to dismiss, but may do so.

8. Verizon Wireless respectfully submits that it should be allowed to withdraw its Motion to Dismiss, without prejudice to refile and/or renew said motion, in order to allow the parties time to complete the consolidation of this action, the Ford Motor Action and the Navy Federal Action and to mediate said actions.

9.      The withdrawal of Verizon Wireless' Motion to Dismiss, without prejudice to refile and/or renew said motion, will conserve judicial resources, because it will, presumably, obviate the need to proceed with oral argument on the Motion to Dismiss while the aforementioned consolidation and mediation efforts are proceeding.

10.     Judicial resources will also be conserved because, in the event the Ford Motor Action and Navy Federal Action are consolidated with this action, the Court may hear oral argument on and decide all pending motions to dismiss filed by all of the defendants in said actions at one time.

11.     The undersigned counsel spoke with counsel for Plaintiff, and counsel for Plaintiff has no objection to the granting of this motion and has no objection to Verizon Wireless being allowed to refile and/or renew its Motion to Dismiss once the consolidation and mediation efforts have been completed.

12.     This is Verizon Wireless' first motion to withdraw its Motion to Dismiss.

WHEREFORE, for all of the foregoing reasons, Verizon Wireless respectfully requests that the Court allow it to withdraw its Motion to Dismiss without prejudice to refile and/or renew said motion.

THE DEFENDANT
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

By_____
Donald E. Frechette ct08930
William E. Murray ct19717
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, Connecticut 06103
(860) 525-5065
Telecopy (860) 527-4198

**CERTIFICATION**

This is to certify that on this 8th day of December, 2003, a copy of the foregoing was mailed, first class, postage prepaid, to:

Daniel S. Blinn
Matthew T. Theriault
Sarah Poriss
Consumer Law Group, LLC
2138 Silas Deane Highway P.O. Box 1039
Rocky Hill, CT 06067-9997

William E. Murray