UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HARRISON, | : | |
| Plaintiff | : | Civil Action No. |
| v. | : | 3:03CV0873 (RNC) |
| VERIZON WIRELESS SERVICES, LLC., | : | |
| Defendant. | : | DECEMBER 8, 2003 |

### VERIZON WIRELESS' MOTION TO WITHDRAW MOTION TO DISMISS, WITHOUT PREJUDICE, PENDING CONSOLIDATION AND MEDIATION

The defendant, Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), through its undersigned counsel, hereby moves to withdraw its motion to dismiss, without prejudice to refile and/or renew said motion. In support of its motion, Verizon Wireless avers as follows:

1. By way of background, plaintiff John Harrison ("Plaintiff") instituted the above-captioned suit on or about May 13, 2003 in the United States District Court for the District of Connecticut, based on the allegation that Verizon Wireless violated the federal Fair Credit Reporting Act ("*FCRA*"), 15 *U.S.C.* § 1681 *et seq.* Plaintiff's complaint further sets forth various state law claims including defamation, intentional infliction of emotional distress and purported violations of the Connecticut Unfair Trade Practices Act ("*CUTPA*").

2. On July 10, 2003, Verizon Wireless filed a motion to dismiss ("Motion to Dismiss") Plaintiff's complaint in its entirety pursuant to *Fed. R. Civ. P.* 12(b)(6).

3. Oral argument on the Motion to Dismiss was originally scheduled for October 21, 2003, but was postponed by the Court and rescheduled for November 7, 2003.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**