GRANTED. All discovery, including all discovery relating to expert witnesses, shall be completed (not propounded) by 3/30/04. All expert witness reports shall be disclosed by plaintiff on or before 12/31/03, and any expert witnesses shall be deposed on or before 1/30/04. All expert witness reports shall be disclosed by defendant on or before 2/27/04, and any expert witnesses shall be deposed by 3/30/04. All other deadlines remain in effect. SO ORDERED.

/s/ Donna F. Martinez, U.S.M.J.
12/19/03

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOHN HARRISON,

          Plaintiff

v.

VERIZON WIRELESS SERVICES, LLC,

          Defendant.

Civil Action No.
3:03 CV 0873 (RNC)

NOVEMBER 24, 2003

## CONSENTED TO MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Pursuant to Fed. R. Civ. P. 6(b), L. Civ. R. 9(b) and the Court's August 20, 2003 Order Regarding Case Management Plan (the "Order"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), through its undersigned counsel, hereby moves to extend the deadlines contained in the Order relating to fact and expert discovery by sixty (60) days.

Good cause exists to grant this motion because the parties are presently in the process of scheduling a mediation of this matter before Magistrate Judge Thomas P. Smith. Under the deadlines presently set by the Order, all discovery must be completed by January 30, 2004. Moreover, Verizon must disclose its experts by December 1, 2003 and depose Plaintiff's experts by December 23, 2003. Once Verizon has disclosed its experts, Plaintiff must depose said experts by the discovery deadline of January 30, 2004. As the anticipated mediation may result in settlement, extending the discovery deadlines by sixty days will serve the interests of justice and judicial economy and will allow the parties to fully explore settlement prior to incurring the costs associated with completing fact discovery and taking expert discovery. Additionally, as