UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

JOHN HARRISON,
:
        Plaintiff,
:
                                2009 JAN -9 A 8: 0.
        v.
:    CASE NO.3:03CV873 (RNC) DISTRICT COURT
                                 HARTFORD, CT.
VERIZON WIRELESS SERVICES, LLC., :
:
        Defendant.
:

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez
for the following:

____    To confer with the parties and enter the scheduling order
        required by F.R.Civ.P. 16(b) (orefmisc./misc);

____    To supervise discovery and resolve discovery disputes
        (orefmisc./dscv);

____    A ruling on all pretrial motions except dispositive motions, as
        permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_     To conduct settlement conferences (orefmisc./cnf);

____    To conduct a prefiling conference (orefmisc./cnf);

____    To assist the parties in preparing a joint trial memorandum
        (orefmisc./misc);

____    A ruling on the following pending motions (orefm.):

_____
_____
_____

So ordered.

Dated at Hartford, Connecticut this 7 *nt* day of January 2004.


                        _____
                        Robert N. Chatigny
                        United States District Judge