UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 22 A 7 05

U.S. DISTRICT COURT
HARTFORD, CT.

JOHN HARRISON,

    Plaintiff,

v. : CASE NO. 3:03CV873(RNC)

VERIZON WIRELESS SERVICES, LLC.,

    Defendant.

## ORDER VACATING REFERRAL

Referral of this matter to Magistrate Judge Donna F. Martinez to conduct settlement conferences, doc. [46], is hereby vacated.

So ordered.

Dated at Hartford, Connecticut this 21 day of January 2004.

                Robert N. Chatigny
                United States District Judge