FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 21  P 2: 22

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| JOHN HARRISON, | : |
| | : Civil Action No. |
| Plaintiff | : 3:03 CV 0873 (RNC) |
| v. | : |
| | : |
| VERIZON WIRELESS SERVICES, LLC, | : |
| | : |
| Defendant. | : NOVEMBER 20, 2003 |

### VERIZON'S CONSENTED TO MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), through its undersigned counsel, hereby moves to consolidate with this present action, the actions captioned *John Harrison v. Ford Motor Credit Company*, Civil Action No. 3:03-cv-01291-DJS (the "Ford Action"), and *John Harrison v. Navy Federal Credit Union*, Civil Action No. 3:03-cv-01660-JCH (the "Navy Federal Action"), both of which are also pending before the United States District Court for the District of Connecticut. As is more fully set forth in Verizon's memorandum of law submitted herewith, common issues of fact and law exist between this present action, the Ford Action and the Navy Federal Action such that consolidation is appropriate.

Counsel for Plaintiff and for the defendants in the Ford Action and the Navy Federal Action have consented to the consolidation requested herein.

WHEREFORE, Cellco Partnership d/b/a Verizon Wireless, hereby requests that the Court order that the actions captioned *John Harrison v. Ford Motor Credit Company*, Civil Action No. 3:03-cv-01291-DJS, and *John Harrison v. Navy Federal Credit Union*, Civil Action No. 3:03-cv-

FILED 2004 MAY 20 P 3:40 U.S. DISTRICT COURT HARTFORD, CT

**ORAL ARGUMENT NOT REQUESTED**

[handwritten margin notes: "5/20/04 Granted. So ordered." and "03cv873 m consol"]