### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HARRISON, | : | |
| | : | Civil Action No. |
| Plaintiff | : | 3:03 CV 0873 (RNC) |
| v. | : | |
| | : | |
| VERIZON WIRELESS SERVICES, LLC., | : | |
| | : | |
| | : | |
| Defendant. | : | JUNE 22, 2004 |

### DEFENDANT VERIZON WIRELESS' MOTION TO DISMISS

Pursuant to *Fed.R.Civ.P* 12(b)(6), the defendant, Cellco Partnership d/b/a Verizon Wireless ("Defendant"), through its undersigned counsel, hereby moves to dismiss the plaintiff John Harrison's ("Plaintiff") complaint dated May 13, 2003, in its entirety. In support of its Motion, Defendant submits the accompanying Memorandum of Law.

                                                      **THE DEFENDANT**
                                                      **CELLCO PARTNERSHIP d/b/a**
                                                      **VERIZON WIRELESS**

                                                      By_____
                                                         Donald E. Frechette
                                                         Federal Bar No. ct08930
                                                         William E. Murray
                                                          Federal Bar No. ct19717
                                                          EDWARDS & ANGELL, LLP
                                                          90 State House Square
                                                         Hartford, Connecticut 06103
                                                         (860) 525-5065
                                                         Telecopy (860) 527-4198

- 2 -

**CERTIFICATION**

      This is to certify that on this 22nd day of June, 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:

Daniel S. Blinn
Matthew T. Theriault
Sarah Poriss
Consumer Law Group, LLC
2138 Silas Deane Highway P.O. Box 1039
Rocky Hill, CT 06067-9997

Christopher E. Kittell, Esq.
Twiford Webster & Gresham
144 Sunflower Avenue
P. O. Drawer 760
Clarksdale, MS 38614

Robert W. Allen, Esq.
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn
205 Church Street, P. O. Box 1936
New Haven, CT 06509-1910

David Bizar, Esq.
Mark M. Porto, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford, CT  06103

                                              _____
                                              William E. Murray