UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN HARRISON** ) | CASE NUMBER: |
|     Plaintiff ) | 3:03CV0873(RNC) |
| v. ) | |
| ) | |
| **VERIZON WIRELESS SERVICES, LLC** ) | |
|     Defendant ) | |
| ) | JULY 7, 2004 |

**MEMORANDUM IN OPPOSITION**
**TO VERIZON'S MOTION TO DISMISS**

In response to Defendant Verizon Wireless Services, LLC, Plaintiff, John Harrison, herein incorporates his Memorandum in Opposition to Verizon's Motion to Dismiss filed August 1, 2003.

**PLAINTIFF, John Harrison**

By: _____
    Daniel S. Blinn, Fed Bar No. ct02188
    dblinn@consumerlawgroup.com
    Sarah Poriss, Fed. Bar No. ct24372
    sporiss@consumerlawgroup.com
    Consumer Law Group, LLC
    2138 Silas Deane Highway   P.O. Box 1039
    Rocky Hill, CT  06067-9997
    Tel. (860) 571-0408  Fax. (860) 571-7457

    -and-

    Christopher E. Kittell, Fed Bar. No. ct25069
    Webster Gresham & Kittell
    144 Sunflower Ave.
    P.O. Drawer 760
    Clarksdale, MS  38614
    Tel.: (662) 624-5408   Fax: (662) 627-5530

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing Memorandum in Opposition to Verizon's Motion to Dismiss, was mailed, via first class mail, postage prepaid, to all counsel and/or parties of record this ___ day of July, 2004, as follows:

Christopher E. Kittell, Esquire
Webster, Gresham & Kittell
144 Sunflower Ave.
Post Office Drawer 760
Clarksdale, MS 38614-0760

Donald Frechette, Esquire
William E. Murray, Esquire
Edwards & Angell
90 State House Square    9th Floor
Hartford, CT 06103

Robert Allen, Esquire
Matthew Sokol, Esquire
Tyler, Cooper & Alcorn, LLP
205 Church Street    P.O. Box 1936
New Haven, CT  06590-1910

David Bizar, Esquire
Mark M. Porto, Esquire
Day Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

                                                                      _____
                                                                        Sarah Poriss