UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

JOHN HARRISON,

    Plaintiff,

v.                              CASE NO. 3:03CV873 (RNC)

VERIZON WIRELESS SERVICES, LLC.,

    Defendant.

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge <u>William I. Garfinkel</u> for the following:

\_\_\_    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_    A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_    To conduct settlement conferences (orefmisc./cnf);

\_\_\_    To conduct a prefiling conference (orefmisc./cnf);

\_\_\_    To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_    A ruling on the following pending motions (orefm.):_____ Motion to Modify Scheduling Order [doc. 52]

So ordered.

Dated at Hartford, Connecticut this /2 day of July 2004.

Robert N. Chatigny
United States District Judge