## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

JOHN HARRISON,

     Plaintiff

v.

VERIZON WIRELESS SERVICES,
LLC,

     Defendant.

   :
   : Civil Action No.
   : 3:03 CV 0873 (RNC)
   :
   :
   :
   :
   :
   : JULY 27, 2004

### VERIZON WIRELESS' MOTION FOR ORDER COMPELLING DISCOVERY AND FOR EXPENSES AND SANCTIONS

Pursuant to *Fed. R. Civ. P.* 37(a) and *D. Conn. L. Civ. R.* 37(a)(3), defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), through its undersigned counsel, hereby moves to compel the plaintiff, John Harrison ("Harrison"), to produce certain settlement-related documents in response to Requests for Production 1 and 2 of *Defendant Verizon Wireless' Second Set of Requests for Production Propounded to Plaintiff, John Harrison* dated November 17, 2003 ("*Verizon Wireless' Second RFP*"). As required by *D. Conn. L. Civ. R.* 37(a)(2), Verizon Wireless has submitted the *Affidavit of William E. Murray in Support of Verizon Wireless' Motion for Order Compeling l* of even date herewith ("*Murray Aff.*") (attached hereto as **Exhibit A** to the memorandum of law submitted in support hereof), which establishes that Verizon Wireless' counsel has conferred with counsel for Harrison in a good faith effort to resolve by agreement the issues presented herein without the intervention of the Court, but has been unable to reach such a resolution. In support of this motion, Verizon Wireless has submitted a memorandum of law of even date herewith.

**ORAL ARGUMENT REQUESTED**

Additionally, since Harrison's objection and his refusal to comply with the aforementioned discovery was without merit and was not, therefore, substantially justified, Verizon Wireless moves the Court to order Harrison to pay the reasonable expenses of Verizon Wireless in making this motion.

WHEREFORE, Verizon Wireless respectfully requests that the Court grant its motion for order compelling discovery and for sanctions, order Harrison to produce the documents sought in Request 1 and Request 2 of the *Verizon Wireless' Second Set of RFP* and order Harrison to pay the reasonable expenses incurred by Verizon Wireless in making this motion, including its attorney's fees.

**DEFENDANT
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS**

By_____
    Donald E. Frechette
    Federal Bar No. ct08930
    William E. Murray
    Federal Bar No. ct19717
    EDWARDS & ANGELL, LLP
    90 State House Square
    Hartford, Connecticut 06103
    (860) 525-5065
    Telecopy (860) 527-4198
    wmurray@edwardsangell.com

HFD_139064_1/WMURRAY

## CERTIFICATION

This is to certify that on this 27th day of July, 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:

Daniel S. Blinn, Esq.
Matthew T. Theriault, Esq.
Sarah Poriss, Esq.
Consumer Law Group, LLC
2138 Silas Deane Highway P.O. Box 1039
Rocky Hill, CT 06067-9997

Christopher E. Kittell, Esq.
Twiford Webster & Gresham
144 Sunflower Avenue
P. O. Drawer 760
Clarksdale, MS 38614

David Bizar, Esq.
Mark M. Porto, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Robert W. Allen, Esq.
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn
205 Church Street, P. O. Box 1936
New Haven, CT 06509-1910

William E. Murray

HFD_139064_1/WMURRAY