## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOHN HARRISON,                          :
                                        :    Civil Action No.
                    Plaintiff           :    3:03 CV 0873 (RNC)
v.                                      :
                                        :
VERIZON WIRELESS SERVICES,              :
LLC,                                    :
                                        :
                    Defendant.          :    JULY 29, 2004


### AMENDMENT TO [PROPOSED] MODIFIED SCHEDULING ORDER

At the July 28, 2004 settlement conference in the above matter, Magistrate Judge

Garfinkel asked the undersigned counsel for Navy Federal Credit Union ("Navy") to

confer with co-defendants regarding any changes to the [Proposed] Modified Scheduling

Order (herein the "Proposed Order") submitted by defendants on June 25, 2004 and to

submit a revised Proposed Order, if necessary. The Proposed Order was submitted by

defendants in conjunction with their objection to "Plaintiffs' Motion to Modify

Scheduling Order," dated June 16, 2004.

After conferring with co-defense counsel, it appears that two changes need to be

made to defendants' Proposed Order. The first concerns Navy's response to plaintiff's

Complaint. Pursuant to the Court's Order dated May 5, 2004 (see Exhibit A hereto),

Navy's response is currently due two weeks after the completion of mediation, which

occurred on July 28, 2004. Because Navy intends to file a motion to dismiss a portion of

plaintiff's complaint, and because its counsel it will be out of town the week of August 2,

2004, Navy seeks an additional week to respond to plaintiff's complaint. Thus, the

revised Proposed Order now states that Navy shall file its motion to dismiss on or before August 18, 2004.

Second, defendant Ford Motor Credit Company ("FMCC") filed a motion to dismiss a portion of plaintiff's complaint on October 7, 2004.  Plaintiff filed his objection thereto on October 31, 2004. Before FMCC could file its Reply, the Harrison v. FMCC case was stayed pending mediation.  See Exhibit B hereto.  Thus, a deadline for FMCC's Reply brief must be set.  As stated in the Proposed Order, FMCC proposes a deadline of August 18, 2004 to file its Reply brief.

The revised Proposed Order is attached hereto as Exhibit C.


WHEREFORE, defendants request that the Court substitute the [Proposed] Modified Scheduling Order attached hereto with the one attached as Exhibit A to Defendants' June 25, 2004 "Objection to Plaintiff's Motion to Modify Scheduling Order Pending Settlement Conference and Cross-Motion to Modify Scheduling Order."


**DEFENDANT**
**NAVY FEDERAL CREDIT UNION**

By

Robert W. Allen
Federal Bar No. 04188
Matthew A. Sokol
Federal Bar No. 21268
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510
(203) 784-8200
(203) 789-8069 (fax)
sokol@tylercooper.com

# EXHIBIT A

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 16  P 12:58

US DISTRICT COURT
BRIDGEPORT

JOHN HARRISON

    plaintiff,

    v.

NAVY FEDERAL CREDIT UNION

    defendant.

CIVIL ACTION NO.: 3:03-CV-1660 (JCH)

JANUARY 15, 2004

## MOTION ON CONSENT FOR EXTENSION OF TIME

Defendant NAVY FEDERAL CREDIT UNION ("NAVY") hereby moves for an extension

of time to and including February 20, 2004, to respond to Plaintiff's Complaint, dated September

29, 2003. This is NAVY's third motion for extension of time with respect to its response to

Plaintiff's Complaint.

This motion is supported by good cause in that the parties have agreed to consolidate the

above-captioned case with several other cases brought by Plaintiff against other creditors, all of

which are now pending in the Federal District Court in Connecticut. Following consolidation, the

parties have agreed to engage in a "master" mediation conference in order to address Plaintiff's

claims collectively in one forum. If the parties are able to reach an agreement in mediation, NAVY's

response to Plaintiff's complaint will be unnecessary.

The undersigned counsel for NAVY has inquired of Plaintiff's counsel, Daniel S. Blinn, who

has consented to the requested extension.

# EXHIBIT B



23

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOHN HARRISON,                         :   CASE NO. 303 CV 1291 (DJS)
                     Plaintiff,      :

vs.                             :

FORD MOTOR CREDIT COMPANY,   :
                     Defendant.    :

                            :   NOVEMBER 13, 2003

### MOTION TO STAY PENDING MEDIATION ON CONSENT

Defendant, Ford Motor Credit Company ("FMCC"), hereby moves to stay this action

pending the completion of a joint mediation agreed to by the parties to this dispute and two other

defendants that the plaintiff has also sued in this District regarding the alleged theft of his

identity, whose cases are pending before Judge Chatigny and Judge Hall, styled Harrison vs.

Verizon Wireless LLC, No. 3:03cv00873(RNC) and Harrison v. Navy Federal Credit Union, No.

3:03-cv-01660(JCH), respectively. The parties to these disputes are in the process of

determining which of the Courts' Magistrates to request to conduct the mediation and expect the

mediation to convene as soon thereafter as schedules permit.

On October 7, 2003 FMCC filed a motion to dismiss the Complaint. Plaintiff filed his

opposition to the motion to dismiss on October 31, 2003. FMCC's reply brief is due by

---

*[Handwritten note in left margin:]* 12/5/03. Anticipating non-objection by Judge Squatrito, the motion is granted. Judge Squatrito, of course, is free to revoke the stay at any time he determines it to be appropriate.
FILED
U.S.M.J.

# EXHIBIT C

# EXHIBIT C

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HARRISON, | : | |
| | : | Civil Action No. |
| Plaintiff | : | 3:03 CV 0873 (RNC) |
| v. | : | |
| | : | |
| VERIZON WIRELESS SERVICES, | : | |
| LLC, | : | |
| | : | |
| Defendant. | : | JULY 30, 2004 |

### [PROPOSED] MODIFIED SCHEDULING ORDER

Based upon the parties' submissions, the scheduling orders previously entered in this case are hereby modified as follows:

1.    Plaintiff must submit and serve upon the parties a damages analysis within 14 days of the entry of a modified scheduling order but, in any event, no later than **July 16, 2004**.

2.    Defendant Navy Federal Credit Union shall file its motion to dismiss on or before **August 18, 2004**.

3.    Defendant Ford Motor Credit Company shall file its Reply Memorandum in further support of its Motion to Dismiss by **August 18, 2004**.

4.    All written discovery must be completed (not propounded) by **March 1, 2005**.

5    All fact witness depositions must be completed by **April 15, 2005**.

6.    Plaintiff must disclose any expert witnesses that will testify at trial by **April 15, 2005**.

7.    Defendants must depose any expert witnesses disclosed by plaintiff by **June 1, 2005**.

8.    Defendants must disclose any expert witnesses that will testify at trial by **July 15, 2005**.

9.    Plaintiff must depose any expert witnesses disclosed by defendants by **September 1, 2005**.

10.    Any dispositive motions must be filed by **October 15, 2005**.

11.    The parties' joint trial memorandum must be filed by **November 1, 2005** or 30 days after the Court issues any ruling on dispositive motions, whichever is later.

12.    The case will be trial ready by **December 1, 2005** or 30 days after the Court issues any ruling on dispositive motions, whichever is later.

Dated:_____          _____

HFD_Prpd.Schd.Order.doc/WMURRAY

## CERTIFICATION

This is to certify that on this 30th day of July, 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:

Daniel S. Blinn, Esq.
Matthew T. Theriault, Esq.
Sarah Poriss, Esq.
Consumer Law Group, LLC
2138 Silas Deane Highway P.O. Box 1039
Rocky Hill, CT 06067-9997

Christopher E. Kittell, Esq.
Twiford Webster & Gresham
144 Sunflower Avenue
P. O. Drawer 760
Clarksdale, MS 38614

David Bizar, Esq.
Mark M. Porto, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Donald E. Frechette
William E. Murray
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, Connecticut 06103

Matthew A. Sokol  (ct21268)