UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HARRISON, | : | CASE NO. 3:03CV1291 (RNC) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| FORD MOTOR CREDIT COMPANY, | : | |
| | : | |
| Defendant. | : | AUGUST 4, 2004 |

### MOTION OF FORD MOTOR CREDIT COMPANY TO JOIN VERIZON WIRELESS' MOTION FOR ORDER COMPELLING DISCOVERY

Defendant, Ford Motor Credit Company ("FMCC"), hereby joins and adopts in its entirety Verizon Wireless' Motion for Order compelling discovery, filed by Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), in the consolidated lead action styled Harrison vs. Verizon Wireless LLC, No. 3:03cv873 (RNC) (Docket Entry No. 60).[1]

WHEREFORE, pursuant to Fed. R. Civ. Pro. 37(a) and D. Conn. L. Civ. R. 37(a), FMCC, through its undersigned counsel, for the reasons set forth by Verizon Wireless and in the accompanying memorandum of law, respectfully moves for an order requiring Harrison to

---

[1] The Court, Martinez, M. J., has scheduled oral argument on Verizon Wireless' Motion for August 19, 2004 at 9:30 a.m. FMCC files this motion now in order to permit it to present its arguments during this proceeding. FMCC reserves the right to file additional motions to compel related to other unresolved discovery issues, at the appropriate time.

**ORAL ARGUMENT IS REQUESTED**

produce the documents sought in Request 31 of FMCC's First Set of Requests for Production, including a copy of his settlement agreement with Equifax Credit Information Services.

DEFENDANT,
FORD MOTOR CREDIT COMPANY

By: _____
David M. Bizar (ct20444)
Mark M. Porto (ct24271)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
dmbizar@dbh.com
mmporto@dbh.com
Its Attorneys