UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN HARRISON,                        :
                                      :
     Plaintiff,                       :
                                      :
     v.                               : CASE NO. 3:03CV873(RNC)
                                      :
VERIZON WIRELESS SERVICES, LLC.,      :
                                      :
     Defendant.                       :


REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

\_\_\_    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_    A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

\_\_\_    To conduct settlement conferences (orefmisc./cnf);

\_\_\_    To conduct a prefiling conference (orefmisc./cnf);

\_\_\_    To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_    A ruling on the following pending motion (orefm.):
       Motion of Ford Motor Credit Company to Join Verizon Wireless' Motion for Order Compelling Discovery [doc.67]
       _____
       _____

       So ordered.

       Dated at Hartford, Connecticut this      day of August 2004.



                                   _____/s/RNC_____
                                      Robert N. Chatigny
                                   United States District Judge