THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HARRISON | : |
| plaintiff, | : CIVIL ACTION NO.: 3:03 CV 873 (RNC) |
| v. | : |
| VERIZON WIRELESS, LLC et al. | : |
| defendants. | : AUGUST 10, 2004 |

### DEFENDANT NAVY FEDERAL CREDIT UNION'S MOTION TO JOIN VERIZON WIRELESS' MOTION FOR ORDER COMPELLING DISCOVERY

Defendant Navy Federal Credit Union hereby moves to join and adopt Cellco Partnership d/b/a Verizon Wireless' "Motion for Order Compelling Discovery and For Expenses and Sanctions," dated July 27, 2004. A Memorandum of Law supporting this motion has been filed contemporaneously herewith.

THE DEFENDANT
NAVY FEDERAL CREDIT UNION

By /s/ Matthew A. Sokol
Robert W. Allen
Federal Bar No. 04188
Matthew A. Sokol
Federal Bar No. 21268
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510
(203) 784-8200
(203) 789-8069 (fax)
sokol@tylercooper.com

## CERTIFICATION

This is to certify that on this 10th day of August, 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:

Daniel S. Blinn, Esq.
Matthew T. Theriault, Esq.
Sarah Poriss, Esq.
Consumer Law Group, LLC
2138 Silas Deane Highway P.O. Box 1039
Rocky Hill, CT 06067-9997

Christopher E. Kittell, Esq.
Twiford Webster & Gresham
144 Sunflower Avenue
P. O. Drawer 760
Clarksdale, MS 38614

David Bizar, Esq.
Mark M. Porto, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Donald E. Frechette
William E. Murray
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, Connecticut 06103

_____
Matthew A. Sokol (ct21268)