## THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HARRISON | : | |
| | : | |
| plaintiff, | : | CIVIL ACTION NO.: 3:03 CV 0873 (RNC) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| VERIZON WIRELESS SERVICES, LLC | : | |
| et al. | : | |
| | : | |
| defendants. | : | AUGUST 13, 2004 |
| | : | |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Defendant Navy Federal Credit Union ("Navy") hereby moves for a thirty day extension of time through and including September 14, 2004, to respond to Plaintiff's "Second Set of Interrogatories and Requests for Production Addressed to Defendant," dated July 15, 2004. In support of this motion, the undersigned certifies that: (1) counsel for plaintiff, Daniel Blinn, has consented to the requested extension of time; and (2) this is the first motion for extension of time with respect to Navy's responses to Plaintiff's Second Set of Interrogatories and Requests for Production.

**ORAL ARGUMENT NOT REQUESTED**

THE DEFENDANT,
NAVY FEDERAL CREDIT UNION

By:

Robert W. Allen (ct04188)
Matthew A. Sokol (ct21268)
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06510-1910
(203) 784-8200
(203) 789-8069 - fax
sokol@tylercooper.com

-Its attorneys-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to the following counsel and pro se parties of record in this action, on this 13th day of August, 2004:

Daniel S. Blinn, Esq.
Consumer Law Group, LLC
2138 Silas Deane Highway
P.O. Box 1039
Rocky Hill, CT 06067-9997
*(Counsel for Plaintiff)*

Donald E. Frechette, Esq.
William E. Murray, Esq.
Edwards & Angell
90 State House Sq., 9th Floor
Hartford, CT 06103
*(Counsel for Verizon Wireless Svc., LLC)*

Christopher E. Kittell, Esq.
Webster, Gresham & Kittell
144 Sunflower Avenue
P.O. Drawer 760
Clarksdale, MS 38614-0760q
*(Counsel for Plaintiff)*

David M. Bizar, Esq.
Mark M. Porto, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
*(Counsel for Ford Motor Credit Co.)*

_____
Matthew A. Sokol (ct21268)