THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HARRISON : | |
| : | |
| plaintiff, : | CIVIL ACTION NO.: 3:03 CV 873 (RNC) |
| : | |
| v. : | |
| : | |
| VERIZON WIRELESS, LLC et al. : | |
| : | |
| defendants. : | AUGUST 18, 2004 |

### NAVY FEDERAL CREDIT UNION'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Navy Federal Credit Union ("Navy") hereby moves to dismiss Plaintiff's first cause of action, which alleges that Navy violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq. In addition, Navy moves to dismiss Plaintiff's second, third and fourth causes of action, which allege defamation, intentional infliction of emotional distress and violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a, respectively.

Navy has submitted a Memorandum of Law in support of this motion.

**ORAL ARGUMENT REQUESTED**

THE DEFENDANT,
NAVY FEDERAL CREDIT UNION

By: /s/ Matthew A. Sokol

Robert W. Allen (ct04188)
Matthew A. Sokol (ct21268)
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06510-1910
(203) 784-8200
(203) 789-8069 - fax
sokol@tylercooper.com

-Its attorneys-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to the following counsel and pro se parties of record in this action, on this 18th day of August, 2004:

Daniel S. Blinn, Esq.
Consumer Law Group, LLC
2138 Silas Deane Highway
P.O. Box 1039
Rocky Hill, CT 06067-9997
*(Counsel for Plaintiff)*

Donald E. Frechette, Esq.
William E. Murray, Esq.
Edwards & Angell
90 State House Sq., 9th Floor
Hartford, CT 06103
*(Counsel for Verizon Wireless Svc., LLC)*

Christopher E. Kittell, Esq.
Webster, Gresham & Kittell
144 Sunflower Avenue
P.O. Drawer 760
Clarksdale, MS 38614-0760q
*(Counsel for Plaintiff)*

David M. Bizar, Esq.
Mark M. Porto, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
*(Counsel for Ford Motor Credit Co.)*

_____
Matthew A. Sokol (ct21268)