## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HARRISON, | : | CASE NO. 3:03cv0873 (RNC) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| VERIZON WIRELESS SERVICES, LLC | : | |
| | : | |
| Defendant | : | AUGUST 18, 2004 |

### NOTICE OF FORD MOTOR CREDIT COMPANY
### TO RECLAIM ITS MOTION TO DISMISS

In accordance with the Court's Order of May 25, 2004 (Chatigny, J.), Defendant, Ford

Motor Credit Company ("FMCC"), hereby provides notice within thirty days following the

completion of the mediation before the Honorable William I. Garfinkel that it reclaims its Motion

to Dismiss.  Concurrently herewith and in accordance with the Court's Order of August 12, 2004

(Martinez, M. J.), FMCC hereby files its Reply Memorandum.

DEFENDANT,
FORD MOTOR CREDIT COMPANY


By: _____
David M. Bizar (ct20444)
Mark M. Porto (ct24271)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
dmbizar@dbh.com
mmporto@dbh.com
Its Attorneys

## <u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 18th day of

August, 2004, by first-class mail to all counsel and pro se parties as follows:

Daniel S. Blinn, Esq.  
Matthew T. Theriault, Esq.  
Sarah Poriss, Esq.  
Consumer Law Group, LLC  
2138 Silas Deane Highway  P.O. Box 1039  
Rocky Hill, CT  06067-9997

Donald E. Frechette, Esq.  
William E. Murray  
Edwards & Angell, LLP  
90 State House Square  
Hartford, CT  06103

Christopher E. Kittell, Esq.  
Twiford Webster & Gresham  
144 Sunflower Avenue  
P.O. Drawer 760  
Clarksdale, MS  38614

Robert W. Allen, Esq.  
Matthew A. Sokol, Esq.  
Tyler, Cooper & Alcorn  
205 Church Street, P.O. Box 1936  
New Haven, CT  06509-1910

_____

David M. Bizar