# THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HARRISON | : | |
| plaintiff, | : | CIVIL ACTION NO.: 3:03 CV 0873 (RNC) |
| v. | : | |
| VERIZON WIRELESS SERVICES, LLC et al. | : | |
| defendants. | : | AUGUST 13, 2004 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Defendant Navy Federal Credit Union ("Navy") hereby moves for a thirty day extension of time through and including September 14, 2004, to respond to Plaintiff's "Second Set of Interrogatories and Requests for Production Addressed to Defendant," dated July 15, 2004. In support of this motion, the undersigned certifies that: (1) counsel for plaintiff, Daniel Blinn, has consented to the requested extension of time; and (2) this is the first motion for extension of time with respect to Navy's responses to Plaintiff's Second Set of Interrogatories and Requests for Production.

**ORAL ARGUMENT NOT REQUESTED**

August 19, 2004. Granted. So ordered.