UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 AUG 19 P 3: 57

JOHN HARRISON,

    Plaintiff,

V.

VERIZON WIRELESS, LLC, ET AL.,

    Defendant.

CONSOLIDATED LEAD CASE
CASE NO. 3:03CV873 (RNC)

ORDER

The parties have reported that the lead case in this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before September 20, 2004.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before September 20, 2004.

The Clerk will continue the member cases with the new lead case John Harrison v. Ford Motor Credit Company, Case No. 3:03CV1291 (RNC).

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 9.

So ordered.

Dated at Hartford, Connecticut this 19 day of August 2004.

Robert N. Chatigny
United States District Judge